FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

12/28/2020

CLERK'S OFFICE
AT GREENBELT
BY __jf__ , DEPUTY CLERK
Night Drop Box

**O+Z** | **Oppenheim + Zebrak, LLP**

Dan Seymour
4530 Wisconsin Avenue NW, Suite 500
Washington, DC 20016
(202) 499.6723 | dan@oandzlaw.com

December 23, 2020

*<u>Via Email</u>*

Justin Paine
Designated Agent for Cloudflare, Inc.
Cloudflare, Inc.
101 Townsend Street
Legal Department
San Francisco, CA 94107
Email: abuse@cloudflare.com

**Re: Notice of Copyright Infringement / Cloudflare Services**

Dear Mr. Paine:

1. <u>Demand for expeditious take-down</u>

I write you on behalf of Shueisha Inc., KADOKAWA CORPORATION, Kodansha Ltd., and Shogakukan Inc. (collectively, the "Publishers"). We have information that the website mangabank.org is using Cloudflare's services to infringe Publishers' copyrighted works. Exhibit A is a representative list of specific pages that we recently found publicly displaying digital copies of Publishers' copyrighted works. These and other copies are being publicly displayed without authorization of the copyright owner or exclusive licensee. Please expeditiously remove and/or disable access to the material.

2. <u>Statement of authority</u>

I state that I have a good faith belief that the use of the works listed in Exhibit A is not authorized by the copyright owners, its agent, or the law, and that the information in this notice and Exhibit A is accurate. I swear, under penalty of perjury, that I am authorized to act on behalf of the Publishers, who are the copyright owners or who have an exclusive right that is allegedly infringed.

This notice is not a complete statement of Publishers' rights in connection with this matter, and nothing herein shall be construed as any limitation or waiver as to any of the Publishers' rights, claims, and/or remedies that may be applicable, each of which is expressly reserved.

You or the site operator(s) may contact me with the contact information listed above. Thank you for your cooperation and prompt response in this matter.

Sincerely,

Dan Seymour
Specialist, IP Enforcement

On behalf of: Shueisha Inc., KADOKAWA CORPORATION, Kodansha Ltd., and Shogakukan Inc.

| タイトル | 著者名 | Title | Author | 「ガワ」URL | 単行本最新（完結）刊URL | Copyright Owner/Exclusive Licensee |
|---|---|---|---|---|---|---|
| 進撃の巨人 | 諫山 創 | Attack on Titan | Hajime Isayama | https://mangabank.org/tag/%E9%80%B2%E6%92%83%E3%81%AE%E5%B7%A8%E4%BA%BA/ | https://mangabank.org/7148290/ | Kodansha Ltd. |
| 五等分の花嫁 | 春場 ねぎ | The Quintessential Quintuplets | Negi Haruba | https://mangabank.org/tag/%E4%BA%94%E7%AD%89%E5%88%86%E3%81%AE%E8%8A%B1%E5%AB%81/ | https://mangabank.org/1891105/ | Kodansha Ltd. |
| 炎々ノ消防隊 | 大久保 篤 | Fire Force | Atsushi Okubo | https://mangabank.org/tag/tags-%E7%82%8E%E7%82%8E%E3%83%8E%E6%B6%88%E9%98%B2%E9%9A%8A/ | https://mangabank.org/2892008/ | Kodansha Ltd. |
| ダイヤのA | 寺嶋 裕二 | Ace of the Diamond | Yuji Terajima | https://mangabank.org/tag/%E3%83%80%E3%82%A4%E3%83%A4%E3%81%AEa/ | https://mangabank.org/1531344/ | Kodansha Ltd. |
| ダイヤのA act2 | 寺嶋 裕二 | Ace of Diamond Act II | Yuji Terajima | https://mangabank.org/tag/%E3%83%80%E3%82%A4%E3%83%A4%E3%81%82%E3%82%AEa/ | https://mangabank.org/1535320/ | Kodansha Ltd. |
| ザ・ファブル | 南 勝久 | The Fable | Katsuhisa Minami | https://mangabank.org/tag/%E3%82%82%E3%83%95%E3%82%B3%E3%82%A1%E3%83%96%E3%83%AB/ | https://mangabank.org/5832571/ | Kodansha Ltd. |
| 七つの大罪 | 鈴木 央 | The Seven Deadly Sins | Nakaba Suzuki | https://mangabank.org/tag/%E4%B8%83%E3%81%A4%E3%81%AE%E5%A4%A7%E7%BD%AA/ | https://mangabank.org/5588691/ | Kodansha Ltd. |
| FAIRY TAIL | 真島 ヒロ | FAIRY TAIL | Hiro Mashima | https://mangabank.org/tag/fairy-tail/ | https://mangabank.org/564255/ | Kodansha Ltd. |
| EDENZ ZERO | 真島 ヒロ | EDENZ ZERO | Hiro Mashima | https://mangabank.org/tag/edens-zero/ | https://mangabank.org/7591459/ | Kodansha Ltd. |
| 頭文字D | しげの 秀一 | Initial D | Shuichi Shigeno | https://mangabank.org/tag/%E9%A0%AD%E6%96%87%E5%AD%97d/ | https://mangabank.org/7033479/ | Kodansha Ltd. |
| ヴィンランド・サガ | 幸村 誠 | Vinland Saga | Makoto Yukimura | https://mangabank.org/tag/%E3%83%B4%E3%82%A3%E3%83%B3%E3%83%A9%E3%83%B3%E3%83%89%E3%83%BB%E3%82%B5%E3%82%AC/ | https://mangabank.org/7611276/ | Kodansha Ltd. |
| 盾の勇者の成り上がり | 藍屋 球 | The Rising of the Shield Hero | Kyu Aiy | https://mangabank.org/tag/%E7%9B%BE%E4%B9%8B%E5%8B%87%E8%80%85%E6%88%90%E9%90%D%E9%8C%84/ | https://mangabank.org/31212/ | KADOKAWA CORPORATION |
| オーバーロード | 深山 フギン | OVERLORD | Fugin Miyama | https://mangabank.org/tag/tags-%E3%82%AA%E3%83%BC%E3%83%90%E3%83%BC%E3%83%AD%E3%83%BC%E3%83%89/ | https://mangabank.org/1782204/ | KADOKAWA CORPORATION |
| 文豪ストレイドッグス | 春河３５ | Bungo Stray Dogs | Sango Harukawa | https://mangabank.org/tag/%E6%96%87%E8%B1%AA%E3%82%B9%E3%83%88%E3%83%AC%E3%82%A4%E3%83%89%E3%83%83%E3%82%B0%E3%82%B9/ | https://mangabank.org/528116/ | KADOKAWA CORPORATION |
| 賢者の孫 | 緒方 俊輔 | Wise Man's Grandchild | Syunsuke Ogata | https://mangabank.org/tag/%e8%b3%a2%e8%80%85%e3%81%ae%e5%ad%ab/ | https://mangabank.org/5504479/ | KADOKAWA CORPORATION |
| この素晴らしい世界に祝福を！ | 渡 真仁 | Konosuba : God's Blessing on This Wonderful World! | Masahito Watari | https://mangabank.org/tag/%e3%81%ae%e7%b4%a0%e6%99%b4%e3%82%89%e3%81%97%e3%81%84%e4%b8%96%e7%95%8c%e3%81%ab%e7%a5%9d%e7%a6%8f%e3%82%92%ef%bc%81/ | https://mangabank.org/478243/ | KADOKAWA CORPORATION |
| デスマーチからはじまる異世界狂想曲 | あやめぐむ | Death Marching to the Parallel World Rhapsody | Ayamegumu | https://mangabank.org/tag/%e3%83%87%e3%82%b9%e3%83%9e%e3%83%bc%e3%83%81%e3%81%8b%e3%82%89%e3%81%af%e3%81%98%e3%81%be%e3%82%8b%e7%95%b0%e4%b8%96%e7%95%8c%e7%8b%82%e6%83%b3%e6%9b%b2/ | https://mangabank.org/401040/ | KADOKAWA CORPORATION |
| ダンジョン飯 | 九井 諒子 | Delicious in Dungeon | Ryoko Kui | https://mangabank.org/tag/%e3%83%80%e3%83%b3%e3%82%b8%e3%83%a7%e3%83%b3%e9%a3%af/ | https://mangabank.org/177989/ | KADOKAWA CORPORATION |
| ハクメイとミコチ | 樫木 祐人 | Tiny little life in the woods | Takuto Kashiki | https://mangabank.org/tag/%e3%83%8f%e3%82%af%e3%83%a1%e3%82%a4%e3%81%a8%e3%83%9f%e3%82%b3%e3%83%81/ | https://mangabank.org/7224068/ | KADOKAWA CORPORATION |
| LV999の村人 | 岩元 健一 | The Villager of Level 999 | Kenichi Iwamoto | https://mangabank.org/tag/lv999%e3%81%ae%e6%9d%91%e4%ba%ba/ | https://mangabank.org/379063/ | KADOKAWA CORPORATION |
| 乙嫁語り | 森 薫 | A Bride's Story | Kaoru Mori | https://mangabank.org/tag/%e4%b9%99%e5%ab%81%e8%aa%9e%e3%82%8a/ | https://mangabank.org/2806163/ | KADOKAWA CORPORATION |
| コーヒー＆バニラ | 朱神 宝 | Coffee & Vanilla | Takara Akegami | https://mangabank.org/tag/%E6%9C%B1%E7%A5%9E%E5%AE%9D/ | https://mangabank.org/421076/ | Shogakukan Inc. |
| 青楼オペラ | 桜小路 かのこ | Seirou Opera | Kanoko Sakuraкouji | https://mangabank.org/tag/%E6%A1%9C%E5%B0%8F%E8%B7%AF%E3%81%8B%E3%81%AE%E3%81%93/page/2/ | https://mangabank.org/1107227/ | Shogakukan Inc. |
| GIGANT | 奥 浩哉 | GIGANT | Hiroya Oku | https://mangabank.org/tag/%E3%83%93%E3%83%83%E3%82%B0%E3%82%B9%E3%83%9A%E3%83%AA%E3%82%AA%E3%83%BC%E3%83%AB/ | https://mangabank.org/718456/ | Shogakukan Inc. |
| 響〜小説家になる方法〜 | 柳本 光晴 | Hibiki 〜Shousetsuka Ni Naru Houhou〜 | Mitsuharu Yanamoto | https://mangabank.org/tag/%E6%9F%B3%E6%9C%AC%E5%85%89%E6%99%B4/ | https://mangabank.org/2439702/ | Shogakukan Inc. |
| ガイシューイッショク！ | 色白 好 | Gaishuu Isshoku | Konomi Shikishiro | https://mangabank.org/tag/%E8%89%B2%E7%99%BD%E5%A5%BD/ | https://mangabank.org/1701898/ | Shogakukan Inc. |
| 刑事ゆがみ | 井浦 秀夫 | Keiji Yugami | Hideo Iura | https://mangabank.org/tag/%E5%88%91%E4%BA%8B%E3%82%86%E3%81%8C%E3%81%BF/ | https://mangabank.org/2701798/ | Shogakukan Inc. |
| ONE PIECE | 尾田栄一郎 | ONE PIECE | Eiichiro Oda | https://mangabank.org/tag/one-piece/ | https://mangabank.org/212773/ | Shueisha Inc. |
| 僕のヒーローアカデミア | 堀越耕平 | My Hero Academia | Kouhei Horikoshi | https://mangabank.org/tag/%E5%83%95%E3%81%AE%E3%83%92%E3%83%BC%E3%83%AD%E3%83%BC%E3%82%A2%E3%82%AB%E3%83%87%E3%83%9F%E3%82%A2/ | https://mangabank.org/241052/ | Shueisha Inc. |
| ブラッククローバー | 田畠裕基 | Black Clover | Yuki Tabata | https://mangabank.org/tag/%E3%83%96%E3%83%A9%E3%83%83%E3%82%AF%E3%82%AF%E3%83%AD%E3%83%BC%E3%83%90%E3%83%BC/ | https://mangabank.org/335846/ | Shueisha Inc. |
| キングダム | 原泰久 | Kingdom | Yasuhisa Hara | https://mangabank.org/tag/%E3%82%AD%E3%83%B3%E3%82%B0%E3%83%80%E3%83%A0/ | https://mangabank.org/48284/ | Shueisha Inc. |
| 青の祓魔師 | 加藤和恵 | Blue Exorcist | Kazue Kato | https://mangabank.org/tag/%E9%9D%92%E3%81%AE%E7%A5%93%E9%AD%94%E5%B8%AB/ | https://mangabank.org/1517613/ | Shueisha Inc. |
| Dr. STONE | 稲垣理一郎 | Dr. STONE | Riichiro Inagaki Boichi | https://mangabank.org/tag/dr-stone/ | https://mangabank.org/192444/ | Shueisha Inc. |
| 鬼滅の刃 | 吾峠呼世晴 | Demon Slayer | Koyoharu Gotoge | https://mangabank.org/tag/%E9%AC%BC%E6%BB%85%E3%81%AE%E5%88%83/ | https://mangabank.org/116342/ | Shueisha Inc. |
| ワンパンマン | ONE村田雄介 | ONE PUNCH-MAN | ONE Yusuke Murata | https://mangabank.org/tag/%e3%83%af%e3%83%b3%e3%83%91%e3%83%b3%e3%83%9e%e3%83%b3/ | https://mangabank.org/97629/ | Shueisha Inc. |
| SPY×FAMILY | 遠藤達哉 | SPY×FAMILY | Tatsuya Endo | https://mangabank.org/tag/spyxfamily/ | https://mangabank.org/3172649/ | Shueisha Inc. |
| 呪術廻戦 | 芥見下々 | Jujutsu Kaisen | Gege Akutami | https://mangabank.org/tag/%e5%91%aa%e8%a1%93%e5%bb%bb%e6%88%a6/ | https://mangabank.org/520295/ | Shueisha Inc. |

| タイトル | 著者名 | Title | Author | 「ガワ」URL | 単行本最新（完結）刊 URL | Copyright Owner/Exclusive Licensee |
|---|---|---|---|---|---|---|
| 進撃の巨人 | 諫山 創 | Attack on Titan | Hajime Isayama | https://mangabank.org/tag/%E9%80%B2%E6%92%83%E3%81%AE%E5%B7%A8%E4%BA%BA/ | https://mangabank.org/7148290/ | Kodansha Ltd. |
| 五等分の花嫁 | 春場 ねぎ | The Quintessential Quintuplets | Negi Haruba | https://mangabank.org/tag/%E4%BA%94%E7%AD%89%E5%88%86%E3%81%AE%E8%8A%B1%E5%AB%81/ | https://mangabank.org/1891105/ | Kodansha Ltd. |
| 炎々ノ消防隊 | 大久保 篤 | Fire Force | Atsushi Okubo | https://mangabank.org/tag/tags-%E7%82%8E%E7%82%8E%E3%83%8E%E6%B6%88%E9%98%B2%E9%9A%8A/ | https://mangabank.org/2892008/ | Kodansha Ltd. |
| ダイヤのA | 寺嶋 裕二 | Ace of the Diamond | Yuji Terajima | https://mangabank.org/%E3%83%80%E3%82%A4%E3%83%A4%E3%81%AEa/ | https://mangabank.org/1531344/ | Kodansha Ltd. |
| ダイヤのA act2 | 寺嶋 裕二 | Ace of Diamond Act II | Yuji Terajima | https://mangabank.org/tag/%E3%83%80%E3%82%A4%E3%83%A4%E3%81%AEa/ | https://mangabank.org/1535320/ | Kodansha Ltd. |
| ザ・ファブル | 南 勝久 | The Fable | Katsuhisa Minami | https://mangabank.org/tag/%E3%82%B6%E3%83%BB%E3%83%95%E3%82%A1%E3%83%96%E3%83%AB/ | https://mangabank.org/5832571/ | Kodansha Ltd. |
| 七つの大罪 | 鈴木 央 | The Seven Deadly Sins | Nakaba Suzuki | https://mangabank.org/tag/%E4%B8%83%E3%81%A4%E3%81%AE%E5%A4%A7%E7%BD%AA/ | https://mangabank.org/5588691/ | Kodansha Ltd. |
| FAIRY TAIL | 真島 ヒロ | FAIRY TAIL | Hiro Mashima | https://mangabank.org/tag/fairy-tail/ | https://mangabank.org/564255/ | Kodansha Ltd. |
| EDENZ ZERO | 真島 ヒロ | EDENZ ZERO | Hiro Mashima | https://mangabank.org/tag/edens-zero/ | https://mangabank.org/7591459/ | Kodansha Ltd. |
| 頭文字D | しげの 秀一 | Initial D | Shuichi Shigeno | https://mangabank.org/tag/%E9%A0%AD%E6%96%87%E5%AD%97d/ | https://mangabank.org/7033479/ | Kodansha Ltd. |
| ヴィンランド・サガ | 幸村 誠 | Vinland Saga | Makoto Yukimura | https://mangabank.org/tag/%E3%83%B4%E3%82%A3%E3%83%B3%E3%83%A9%E3%83%B3%E3%83%89%E3%83%BB%E3%82%B5%E3%82%AC/ | https://mangabank.org/7611276/ | Kodansha Ltd. |
| 盾の勇者の成り上がり | 藍屋 球 | The Rising of the Shield Hero | Kyu Aiy | https://mangabank.org/tag/%E7%9B%BE%E4%B9%8B%E5%8B%87%E8%80%85%E3%81%AE%E6%88%90%E5%90%8D%E9%8C%84/ | https://mangabank.org/31212/ | KADOKAWA CORPORATION |
| オーバーロード | 深山 フギン | OVERLORD | Fugin Miyama | https://mangabank.org/tag/tags-%E3%82%AA%E3%83%BC%E3%83%90%E3%83%BC%E3%83%AD%E3%83%BC%E3%83%89/ | https://mangabank.org/1782204/ | KADOKAWA CORPORATION |
| 文豪ストレイドッグス | 春河35 | Bungo Stray Dogs | Sango Harukawa | https://mangabank.org/tag/%E6%96%87%E8%B1%AA%E3%82%B9%E3%83%88%E3%83%AC%E3%82%A4%E3%83%89%E3%83%83%E3%82%B0%E3%82%B9/ | https://mangabank.org/528116/ | KADOKAWA CORPORATION |
| 賢者の孫 | 緒方 俊輔 | Wise Man's Grandchild | Syunsuke Ogata | https://mangabank.org/tag/%e8%b3%a2%e8%80%85%e3%81%ae%e5%ad%ab/ | https://mangabank.org/5504479/ | KADOKAWA CORPORATION |
| この素晴らしい世界に祝福を！ | 渡 真仁 | Konosuba : God's Blessing on This Wonderful World! | Masahito Watari | https://mangabank.org/tag/%e3%81%ae%e7%b4%a0%e6%99%b4%e3%82%89%e3%81%81%e3%81%84%e4%b8%96%e7%95%8c%e3%81%ab%e7%a5%9d%e7%a6%8f%e3%82%92%ef%bc%81/ | https://mangabank.org/478243/ | KADOKAWA CORPORATION |
| デスマーチからはじまる異世界狂想曲 | あやめぐむ | Death Marching to the Parallel World Rhapsody | Ayamegumu | https://mangabank.org/tag/%e3%83%87%e3%82%b9%e3%83%9e%e3%83%bc%e3%83%81%e3%81%8b%e3%82%89%e3%81%af%e3%81%98%e3%81%be%e3%82%8b%e7%95%b0%e4%b8%96%e7%95%8c%e7%8b%82%e6%83%b3%e6%9b%b2/ | https://mangabank.org/401040/ | KADOKAWA CORPORATION |
| ダンジョン飯 | 九井 諒子 | Delicious in Dungeon | Ryoko Kui | https://mangabank.org/tag/%e3%83%80%e3%83%b3%e3%82%b8%e3%83%a7%e3%83%b3%e9%a3%af/ | https://mangabank.org/177989/ | KADOKAWA CORPORATION |
| ハクメイとミコチ | 樫木 祐人 | Tiny little life in the woods | Takuto Kashiki | https://mangabank.org/tag/%e3%83%8f%e3%82%af%e3%83%a1%e3%82%a4%e3%81%a8%e3%83%9f%e3%82%b3%e3%83%81/ | https://mangabank.org/7224068/ | KADOKAWA CORPORATION |
| LV999の村人 | 岩元 健一 | The Villager of Level 999 | Kenichi Iwamoto | https://mangabank.org/tag/lv999%e3%81%ae%e6%9d%91%e4%ba%ba/ | https://mangabank.org/379063/ | KADOKAWA CORPORATION |
| 乙嫁語り | 森 薫 | A Bride's Story | Kaoru Mori | https://mangabank.org/tag/%e4%b9%99%e5%ab%81%e8%aa%9e%e3%82%8a/ | https://mangabank.org/2806163/ | KADOKAWA CORPORATION |
| コーヒー＆バニラ | 朱神 宝 | Coffee & Vanilla | Takara Akegami | https://mangabank.org/tag/%E6%9C%B1%E7%A5%9E%E5%AE%9D/ | https://mangabank.org/421076/ | Shogakukan Inc. |
| 青楼オペラ | 桜小路 かのこ | Seirou Opera | Kanoko Sakurakouji | https://mangabank.org/tag/%E6%A1%9C%E5%B0%8F%E8%B7%AF%E3%81%8B%E3%81%AE%E3%81%93/page/2/ | https://mangabank.org/1107227/ | Shogakukan Inc. |
| GIGANT | 奥 浩哉 | GIGANT | Hiroya Oku | https://mangabank.org/tag/%E3%83%93%E3%83%83%E3%82%B0%E3%82%B9%E3%83%9A%E3%83%AA%E3%82%AA%E3%83%BC%E3%83%AB/ | https://mangabank.org/718456/ | Shogakukan Inc. |
| 響～小説家になる方法～ | 柳本 光晴 | Hibiki ～Shousetsuka Ni Naru Houhou～ | Mitsuharu Yanamoto | https://mangabank.org/tag/%E6%9F%B3%E6%9C%AC%E5%85%89%E6%99%B4/ | https://mangabank.org/2439702/ | Shogakukan Inc. |
| ガイシューイッショク！ | 色白 好 | Gaishuu Isshoku | Konomi Shikishino | https://mangabank.org/tag/%E8%89%B2%E7%99%BD%E5%A5%BD/ | https://mangabank.org/1701898/ | Shogakukan Inc. |
| 刑事ゆがみ | 井浦 秀夫 | Keiji Yugami | Hideo Iura | https://mangabank.org/tag/%E5%88%91%E4%BA%8B%E3%82%86%E3%81%8C%E3%81%BF/ | https://mangabank.org/2701798/ | Shogakukan Inc. |
| ONE PIECE | 尾田栄一郎 | ONE PIECE | Eiichiro Oda | https://mangabank.org/tag/one-piece/ | https://mangabank.org/212773/ | Shueisha Inc. |
| 僕のヒーローアカデミア | 堀越耕平 | My Hero Academia | Kouhei Horikoshi | https://mangabank.org/tag/%E5%83%95%E3%81%AE%E3%83%92%E3%83%BC%E3%83%AD%E3%83%BC%E3%82%A2%E3%82%AB%E3%83%87%E3%83%9F%E3%82%A2/ | https://mangabank.org/241052/ | Shueisha Inc. |
| ブラッククローバー | 田畠裕基 | Black Clover | Yuki Tabata | https://mangabank.org/tag/%E3%83%96%E3%83%A9%E3%83%83%E3%82%AF%E3%82%AF%E3%83%AD%E3%83%BC%E3%83%90%E3%83%BC/ | https://mangabank.org/335846/ | Shueisha Inc. |
| キングダム | 原泰久 | Kingdom | Yasuhisa Hara | https://mangabank.org/tag/%E3%82%AD%E3%83%B3%E3%82%B0%E3%83%80%E3%83%A0/ | https://mangabank.org/48284/ | Shueisha Inc. |
| 青の祓魔師 | 加藤和恵 | Blue Exorcist | Kazue Kato | https://mangabank.org/tag/%E9%9D%92%E3%81%AE%E7%A5%93%E9%AD%94%E5%B8%AB/ | https://mangabank.org/1517613/ | Shueisha Inc. |
| Dr. STONE | 稲垣理一郎 | Dr. STONE | Riichiro Inagaki Boichi | https://mangabank.org/tag/dr-stone/ | https://mangabank.org/192444/ | Shueisha Inc. |
| 鬼滅の刃 | 吾峠呼世晴 | Demon Slayer | Koyoharu Gotoge | https://mangabank.org/tag/%E9%AC%BC%E6%BB%85%E3%81%AE%E5%88%83/ | https://mangabank.org/116342/ | Shueisha Inc. |
| ワンパンマン | ONE村田雄介 | ONE PUNCH-MAN | ONE Yusuke Murata | https://mangabank.org/tag/%e3%83%af%e3%83%b3%e3%83%91%e3%83%b3%e3%83%9e%e3%83%b3/ | https://mangabank.org/97629/ | Shueisha Inc. |
| SPY×FAMILY | 遠藤達哉 | SPY×FAMILY | Tatsuya Endo | https://mangabank.org/tag/spyxfamily/ | https://mangabank.org/3172649/ | Shueisha Inc. |
| 呪術廻戦 | 芥見下々 | Jujutsu Kaisen | Gege Akutami | https://mangabank.org/tag/%e5%91%aa%e8%a1%93%e5%bb%bb%e6%88%a6/ | https://mangabank.org/520295/ | Shueisha Inc. |